January 09, 2009

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Mr. Everto A. Villarreal
Law Office of E. A. Villarreal, Jr.
1320 South 10th Street
Edinburg, TX 78539

RE: Case Number: 05-0801
 Court of Appeals Number: 13-04-00452-CV
 Trial Court Number: C-2711-03-B

Style: S. MURTHY BADIGA, M.D.
 v.
 MARICRUZ LOPEZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn|
| | |
| |Mr. Omar Guerrero|
| | |
| |Mr. W. Wendell |
| |Hall |